ORIGINAL

FILED
CLERK

2015 SEP 11 PM 1:42

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jacob Fetman
_____

NAME OF PLAINTIFF(S)

v.

Aish Hatorah International, Inc.
_____

NAME OF DEFENDANT(S)

CV 15-5322

COMPLAINT

Jury Trial Demanded

COGAN, J.

This action is brought for discrimination in employment pursuant to (check only those that apply):

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

__1743 Ocean Ave__
Street Address

__Kings__, __NY__, __11230__, __646 261 0200__
County   State   Zip Code   Telephone Number

2. Defendant(s) resides at, or its business is located at:

__505 8th Ave Suite 601__
Street Address

__New York__, __New York__, __NY__, __10018__
County   City   State   Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

__150 West 46th St 3rd Fl. NY NY 10036__
Street Address

__New York__, __New York__, __NY__, __10036__
County   City   State   Zip Code

-2-

4. The discriminatory conduct of which I complain in this action includes *(check only those that apply).*

    _____ Failure to hire.

    __✓__ Termination of my employment.

    _____ Failure to promote.

    _____ Failure to accommodate my disability.

    _____ Unequal terms and conditions of my employment.

    __✓__ Retaliation

    _____ Other acts *(specify):* _____.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:
__10/13/2013__
Date(s)

6. I believe that the defendant(s) *(check one)*

    __✓__ is still committing these acts against me.

    _____ is <u>not</u> still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

[ ] race _____  [ ] color _____

[ ] gender/sex _____  [ ] religion _____

[ ] national origin _____

[ ] disability _____

[✗] age. If age is checked, answer the following:

I was born in __1969__. At the time(s) defendant(s) discriminated against me,
    Year
I was [✗] <u>more</u> [ ] <u>less</u> than 40 years old. *(check one).*

-3-

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

On or about Oct. 13, 2013 Aish Int'l Inc. Terminated my employment without notice and without Severance/Damages. I was replaced by a person half my age earning half of my salary. Being that this case is over 300 days the EEOC cant take the case-s I must take it directly with the Court.

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: __N/A__.
                                                          Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: __N/A__.
                                                           Date

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    __N.A.__  60 days or more have elapsed.

    __N.A.__  less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

    __✓__  has **not** issued a Right to Sue letter.

    _____  **has** issued a Right to Sue letter, which I **received on** _____.
                                                                                     Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

_____
PLAINTIFF'S SIGNATURE

Dated: __Sep. 10, 2015__

__1743 Ocean Ave__
Address
__Brooklyn NY 11230__

__646 261-0200__
Phone Number

rev. 4/23/13

ComplaintUnderTitleVII,ADAorADEAEDNY.rev.4/23/13